# UNITED STATES BANKRUPTCY COURT

### Southern District of Florida - West Palm Beach Division

In re:  **Evy L Schilling**                                                           Case No:  **14-16723-EPK**

                                                                                                       Chapter:  **13**

Property Address:  **3544 Gardens East DR A, Palm Beach Gardens, FL 33410-5715**

Last four digits of any number you use to

Identify the debtor's account:  **\*\*\*\*\*\*2736**

Court Claim No. (if known) **7**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**Chalet Series III Trust**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **April 5, 2019** and filed as Docket No. **80**

**\* Please note the claim which is the subject of the Notice of Final Cure has been acquired by Chalet Series III Trust. To ensure compliance with Fed. R. Bankr. P. 3002.1, Chalet Series III Trust's is filing the within Response to the Notice of Final Cure, despite the absence of a filed Transfer of Claim.**

### Pre-Petition Default Payments   *Applicable option is checked.*

☐ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☒ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   **$410.92\***   ***Creditor is in the process of filing a Transfer of Claim so that the outstanding prepetition arrears can be disbursed to the appropriate creditor.**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments   *Applicable option is checked.*

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☒ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   **$1,592.12\***   ***Creditor is in the process of filing a Transfer of Claim so that the ongoing postpetition payments can be disbursed to the appropriate creditor.**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 14-16723-EPK

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor  ☐ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

X *Wanda D. Murray*  X April 26, 2019
    Signature      Date(MM/DD/YYYY)

First Name: Wanda    Middle Name: D    Last Name: Murray

Title: Attorney (FL SBN 566381)

Company: Aldridge Pite, LLP

Address: 3575 Piedmont Road, N.E., SUITE 500

City: Atlanta    State: GA    Zip: 30305

Phone: (858) 750-7600

Case No: 14-16723-EPK

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date | Amount |
|---|---|---|
| Monthly Payments – 2 at $796.06 | 3/15/19-4/15/19 | $1,592.12 |

Case No: 14-16723-EPK

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: April 26, 2019

| | |
|---|---|
| Chapter 13 Trustee: | Robin R Weiner |
| Trustee Address: | POB 559007 |
| | Fort Lauderdale, FL 33355 |
| Trustee Email: | ecf2@ch13weiner.com |
| | |
| Debtor's Counsel Name: | K Drake Ozment |
| Debtor's Counsel Address: | 2001 Palm Beach Lks Blvd  #410 |
| | West Palm Beach, FL 33409 |
| Debtor's Counsel Email: | ecf@drakeozment.com |
| | |
| Debtor 1 Name: | Evy L Schilling |
| Debtor's Mailing Address: | 3544 Gardens East Drive, Apt A |
| | Palm Beach Gardens, FL 33410 |

/s/ Tori Ward